IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHEILA P. JOHNSON,                    *
                                      *
        Plaintiff,                    *       CIVIL ACTION 08-00561-KD-B
                                      *
v.                                    *
                                      *
AMERICAN TANK & VESSEL, INC.,         *
                                      *
        Defendant.                    *


<u>ORDER</u>

The Court's Order dated December 11, 2008 (Doc. 12) provides that the parties shall file with the Court a joint confidentiality agreement, along with a proposed Protective Order, by no later than December 31, 2008.  As of the date of this present Order, the parties have failed to submit these documents.  Therefore, upon consideration, the parties are hereby **ORDERED** by **January 16, 2009**, to file their joint confidentiality agreement and proposed Protective Order, or to show cause by that date why they are unable to do so.

**DONE** this **9th** day of **January, 2009**.


              /s/ SONJA F. BIVINS
        UNITED STATES MAGISTRATE JUDGE